UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
NAPERVILLE COURTESEY PLUMBING §           Case No. 11-22070
SERVI                                     
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 10/04/2013 in Courtroom ,
          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/27/2013          By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
NAPERVILLE COURTESEY PLUMBING § Case No. 11-22070
SERVI
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 14,806.41 |
| and approved disbursements of | $ | 182.65 |
| leaving a balance on hand of[1] | $ | 14,623.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 2,230.64 | $ 0.00 | $ 2,230.64 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 25.16 | $ 0.00 | $ 25.16 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 920.00 | $ 0.00 | $ 920.00 |
| Auctioneer Fees: American Auction Associates, Inc. | $ 161.05 | $ 0.00 | $ 161.05 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,336.85 |
| Remaining Balance | $ 11,286.91 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,454.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Sales & Distribution | $ 55,224.86 | $ 0.00 | $ 10,310.62 |
| 000002 | Contractor Access M.C.H | $ 2,721.00 | $ 0.00 | $ 508.02 |
| 000003 | Verizon Wireless | $ 2,508.15 | $ 0.00 | $ 468.27 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,286.91 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/PETER N METROU

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 11-22070-BWB
Naperville Courtesey Plumbing Services,                                 Chapter 7
                 Debtor             CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 3                  Date Rcvd: Aug 28, 2013
                              Form ID: pdf006             Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2013.
db            +Naperville Courtesey Plumbing Services, Inc.,    c/o Kenneth Mounts,    412 Fallon Ridge Way,
               Bolingbrook, IL 60440-2107
17321769      +1335 Lakeside Commercial Condo Asso,    c/o JJC Group, Inc.,    1335 Lakeside Drive, Ste 2,
               Romeoville, IL 60446-1459
17321770      +ADT Security Services,    c/o Valentine & Kebartas,    PO Box 325,    Lawrence, MA 01842-0625
17321774      +AT&T,   Bankruptcy Dept/Attn: Linda Adams,    6021 S. Rio Grande Ave., 1st Floor,
               Orlando, FL 32809-4613
17321771      +Airgas,    1212 Belvider St,    Waukegan, IL 60085-6204
17321773      +American Marketing & Publishing LLC,    PO Box 982,    Dekalb, IL 60115-0982
17321776       Barnett,    PO Box 2317,    Jacksonville, FL 32203-2317
17321777      +Barnett,    c/o CMI Bill Resolution Site,    PO Box 456,    Upper Darby, PA 19082-0456
17321778      +Blue Cross and Blue Shield,    PO Box 34576 Dept 21983294,    Louisville, KY 40232-4576
17321779     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     Bankruptcy Dept.,    PO Box 5155,    Norcross, GA 30091)
17321785     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,     27777 Franklin Rd.,    Southfield, MI 48034)
17321780      +Capital One,    Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
17321782      +Chase,   Bankruptcy Department,    PO Box 15398,    Wilmington, DE 19850
17321781      +Chase,   PO Box 183164,    Columbus, OH 43218-3164
17321783       Chase Bank,    14221 Dallas Parkway,    Dallas, TX 75254-2942
17321784       Chasecard,    Bankrupcty Department,    PO Box 15298,    Wilmington, DE 19850-5298
17321786      +ComEd-Exelon,    c/o Harris & Harris, Ltd,    222 Merchandise Mart Plaza Ste 1900,
               Chicago, IL 60654-1421
17321787      +Contractor Access,    c/o Atlas & Leviton, Attorney at La,    950 Milwaukee Ave, Ste 224,
               Glenview, IL 60025-3778
18245193      +Contractor Access M.C.H,    4875 N Elston Ave,    Chicago IL 60630-2551
17321788      +Contractors Access,    360 Veterans Parkway,    Bolingbrook, IL 60440-4609
17321789      +Dan & Robin Wise,    c/o Richard Goldman,    605 E Ogden,    Naperville, IL 60563-3282
17321790      +Dennis B. Porick, LTD,,    63 West Jefferson Street,    Joliet, IL 60432-4337
17321792      +Dontech Ameritech Yellow Pages,    200 E Randolph Street,    Chicago, IL 60601-6436
17321793      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
17321794      +Felix F Loeb, Inc.,    1347 Enterprise Drive,    Romeoville, IL 60446-1015
17321796      +First Choice Yellow Pages,    c/o Dennis G. Taheny LTD,    19 Watergate Drive,
               South Barrington, IL 60010-9564
17321795      +First Choice Yellow Pages,    2233 Palner Dr., Unit A,    Schaumburg, IL 60173-3806
17321799      +Global Credit Collection Corp,    300 International Drive,    PMB 10015,
               Williamsville, NY 14221-5781
17321801       Grease Trappers,    800 E Elmwood Ave,    West Chicago, IL 60185-2124
17321804      +HSBC Bank,    Bankrupty Department,    PO Box 15521,    Wilmington, DE 19850-5521
17321802      +Home Depot Credit Services,    PO Box 653002,    Dallas, TX 75265-3002
17321803      +Home Pages Directories,    915 E Lincoln Highway,    DeKalb, IL 60115-3941
17321805      +Illinois Tollway,    ATTN: Violation Administration Cent,    2700 Ogden Ave.,
               Downers Grove, IL 60515-1703
17321808      +JK Consulting,    c/o T Andrew Coyle, PC,    901 S Hamiltor,    Lockport, IL 60441-3423
17321809       JP Morgan Chase Bank,    PO Box 183164,    Columbus, OH 43218-3164
17321810      +JPMorgan Chase Bank,    10430 Highland Manor Drive,    Tampa, FL 33610-9128
17321811       K&J Consulting Services, Inc.,    14499 N. Dale Mbry Highway 1,    Tampa, FL 33618-2078
17321812      +Layland & Associates,    210 W. 22nd Street,    Oak Brook, IL 60523-4061
17321813      +Leap Frog, LLC,    5 Revere Drive Suite 200,    Northbrook, IL 60062-8000
17321814      +Leeps Supply Co., Inc.,    c/o Law Office of Jack H Rottner,    PO Box 10417,
               Chicago, IL 60610-0417
17321816      +M. Cooper Supply Co.,    8605 Spring Lake Drive,    Mokena, IL 60448-8164
17321820      +MRS Associates, Inc.,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
17321817       Manufacturers Clearing House,    4875 North Elston Ave,    Chicago, IL 60630-2598
17321818       Menards,    c/o HSBC Business Solutions,    PO Box 4160,    Carol Stream, IL 60197-4160
17321819      +Mr. & Mrs. Bill Garisons',    c/o Kavanagh Grumley & Gorbold, LLC,    111 N Ottawa Street,
               Joliet, IL 60432-4229
17321824      +NUFlow,    7150 Carroll Road,    Suite 100,    San Diego, CA 92121-3287
17321821      +Nex Pump, Inc.,    572 Cambridge Ave,    Elburn, IL 60119-8348
17321823      +Nicor Gas,    c/o: Harris and Harris,    222 Merchandise Mart Plaza,    Chicago, IL 60654-1103
17321825      +Old Second National Bank,    37 South River Street,    Aurora, IL 60506-4172
17321826      +Olivet Nazarlene University,    One University Ave,    Bourbonnais, IL 60914-1996
17321828       Paragon RMG,    c/o The Wilber Lane Law Firm,    PO Box 2155,    Bloomington, IL 61702-2155
17321830      +Silver & Associates, Ltd,    1540 E Dundee Road,    Suie 160,    Palatine, IL 60074-8326
17321831      +Speedway,    PO Box 1590,    Springfield, OH 45501-1590
17321832       T. O'Malley,    2001 Butterfield Road, 12th Floor,    Stop 5219 WSB,    Downers Grove, IL 60515-1058
17321833      +TCF Bank,    500 Joliet Road,    Willowbrook, IL 60527-5618
17504255      +TD Auto Finance LLC,    f/k/a Chrysler Financial Services Americ,    c/o Riezman Berger P.C.,
               7700 Bonhomme Ave, 7th Floor,    St. Louis, MO 63105-1960
17321834       THD/CBSD (Home Depot),    HSBC Bankruptcy Department,    PO Box 653000,    Dallas, TX 75265-3000
17321835      +The Home Depot/Citibank,    c/o Northland Group, Inc.,    PO Box 390905,
               Minneapolis, MN 55439-0905
17321836       The Wilber Lane Law Firm,    PO Box 2155,    Bloomington, IL 61702-2155
17321837      +Troy Fire Protection District,    PO Box 457,    Wheeling, IL 60090-0457
17321838      +Verizon,    1515 Woodfield Road,    Suite 1400 12th Floor,    Schaumburg, IL 60173-5443
```

```
District/off: 0752-1           User: arodarte              Page 2 of 3                   Date Rcvd: Aug 28, 2013
                               Form ID: pdf006             Total Noticed: 80

18475759      #+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
17321839       +Village of LaGrange Park,    Police Department,    447 N Catherine,    La Grange Park, IL 60526-2006
17321840       +Village of Romeoville,    1050 West Romeo Road,    Romeoville, IL 60446-1390
17321841       +Walsh Media, Inc.,    2100 Clearwater Dr., Ste 201,    Oak Brook, IL 60523-1942
17321842       +West Band Mutual Insurance Company,    1900 S 18th Ave,    West Bend, WI 53095-9791
17431939       +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,     P.O. Box 5126,
                 Timonium, Maryland 21094-5126
17321843        Yellow Book USA,    Attn: Customer Service,    PO Box 3162,    Cedar Rapids, IA 52406-3162
17321844       +Your New Home Magazine,    c/o Account Receivable Collections,    PO Box 42220 Dept. B,
                 Cincinnati, OH 45242-0220
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17321775       +E-mail/Text: g20956@att.com Aug 29 2013 01:51:04      AT&T Mobility,    MAIL ONLY,    PO Box 68056,
                 Anaheim, CA 92817-0856
17321772       +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 29 2013 01:57:51
                 American Marketing & Publishing,    c/o Transworld Systems, Inc.,    1375 East Woodfield Road #110,
                 Schaumburg, IL 60173-5423
17321791        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2013 02:18:47       Discover,
                 Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
17321797       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2013 02:18:20       GEMB/Menards,
                 Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
17321798       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2013 02:18:24       Gemb/SAMDC,    Bankruptcy Dept.,
                 PO Box 103104,    Roswell, GA 30076-9104
17321800        E-mail/Text: scd_bankruptcynotices@grainger.com Aug 29 2013 01:56:24       Grainger,
                 Dept. 867079832,    Palatine, IL 60038-0001
17321806        E-mail/Text: cio.bncmail@irs.gov Aug 29 2013 01:45:06      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
17321807        E-mail/Text: cio.bncmail@irs.gov Aug 29 2013 01:45:06      Internal Revenue Service,
                 2001 Butterfield Road, 12th Floor,    Stop 5219 WSB,    Downers Grove, IL 60515-1058
17321815       +E-mail/Text: resurgentbknotifications@resurgent.com Aug 29 2013 01:47:26       LVNVFunding,
                 PO Box 10584,    Greenville, SC 29603-0584
17321822        E-mail/Text: bankrup@aglresources.com Aug 29 2013 01:48:01       Nicor Gas,    ALL MAIL GOES TO,
                 Bankruptcy Dept. PO Box 190,    Aurora, IL 60507-0190
17321829        E-mail/Text: drobidoux@rnacollects.com Aug 29 2013 01:59:16       Pitney Bowes Meter,
                 c/o Richmond North Associates, Inc.,    PO Box 963,    Amherst, NY 14226-0963
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17321827     ##+Outside Plant Damage Recovery,    PO Box 631939,    Highlands Ranch, CO 80163-1939
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2013**                          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte          Page 3 of 3          Date Rcvd: Aug 28, 2013
                              Form ID: pdf006         Total Noticed: 80
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2013 at the address(es) listed below:

        David M Siegel   on behalf of Debtor   Naperville Courtesey Plumbing Services, Inc. davidsiegellaw@hotmail.com, davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com

        Kathryn A Klein   on behalf of Creditor   TD Auto Finance LLC  f/k/a Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        Peter N Metrou   on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com

        Peter N Metrou   met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

        Peter N Metrou   on behalf of Accountant   Popowcer Katten LTD met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com

        TOTAL: 6