UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
NAPERVILLE COURTESEY PLUMBING §    Case No. 11-22070
SERVI
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Financial 27777 Franklin Rd. Southfield, MI 48034 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial 27777 Franklin Rd. Southfield, MI 48034 | | | | | |
| | Chrysler Financial 27777 Franklin Rd. Southfield, MI 48034 | | | | | |
| | Chrysler Financial 27777 Franklin Rd. Southfield, MI 48034 | | | | | |
| | Chrysler Financial 27777 Franklin Rd. Southfield, MI 48034 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| THE BANK OF NEW YORK MELLON | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| POPOWCER KATTEN | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | JP Morgan Chase Bank PO Box 183164 Columbus, OH 43218-3164 | | | | | |
| | JP Morgan Chase Bank PO Box 183164 Columbus, OH 43218-3164 | | | | | |
| | TCF Bank 500 Joliet Road Willowbrook, IL 60527 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1335 Lakeside Commercial Condo Asso c/o JJC Group, Inc. 1335 Lakeside Drive, Ste 2 Romeoville, IL 60446 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services c/o Valentine & Kebartas PO Box 325 Lawrence, MA 01842 | | | | | |
| | AT&T Bankruptcy Dept/Attn: Linda Adams 6021 S. Rio Grande Ave., 1st Floor Orlando, FL 32859 | | | | | |
| | AT&T Mobility MAIL ONLY PO Box 68056 Anaheim, CA 92817-8056 | | | | | |
| | Airgas 1212 Belvider St Waukegan, IL 60085 | | | | | |
| | American Marketing & Publishing c/o Transworld Systems, Inc. 1375 East Woodfield Road #110 Schaumburg, IL 60173 | | | | | |
| | Barnett PO Box 2317 Jacksonville, FL 32203-2317 | | | | | |
| | Blue Cross and Blue Shield PO Box 34576 Dept 21983294 Louisville, KY 40232 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bankruptcy Dept. PO Box 5155 Norcross, GA 30091 | | | | | |
| | Chase Bank 14221 Dallas Parkway Dallas, TX 75254-2942 | | | | | |
| | Chase PO Box 183164 Columbus, OH 43218 | | | | | |
| | Chasecard Bankrupcty Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | ComEd-Exelon c/o Harris & Harris, Ltd 222 Merchandise Mart Plaza Ste 1900 Chicago, IL 60654 | | | | | |
| | Contractors Access 360 Veterans Parkway Bolingbrook, IL 60440 | | | | | |
| | Dan & Robin Wise c/o Richard Goldman 605 E Ogden Naperville, IL 60563 | | | | | |
| | Discover Bankruptcy Department PO Box 15316 Wilmington, DE 19850-5316 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dontech Ameritech Yellow Pages 200 E Randolph Street Chicago, IL 60601 | | | | | |
| | Felix F Loeb, Inc. 1347 Enterprise Drive Romeoville, IL 60446 | | | | | |
| | First Choice Yellow Pages 2233 Palner Dr., Unit A Schaumburg, IL 60173 | | | | | |
| | GEMB/Menards Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | GEMB/Menards Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/SAMDC Bankruptcy Dept. PO Box 103104 Roswell, GA 30076 | | | | | |
| | Grainger Dept. 867079832 Palatine, IL 60038-0001 | | | | | |
| | Grease Trappers 800 E Elmwood Ave West Chicago, IL 60185-2124 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Bankrupty Department PO Box 15521 Wilmington, DE 19850 | | | | | |
| | Home Pages Directories 915 E Lincoln Highway DeKalb, IL 60115 | | | | | |
| | Illinois Tollway ATTN: Violation Administration Cent 2700 Ogden Ave. Downers Grove, IL 60515 | | | | | |
| | JK Consulting c/o T Andrew Coyle, PC 901 S Hamiltor Lockport, IL 60441 | | | | | |
| | JK Consulting c/o T Andrew Coyle, PC 901 S Hamiltor Lockport, IL 60441 | | | | | |
| | K&J Consulting Services, Inc. 14499 N. Dale Mbry Highway 1 Tampa, FL 33618-2078 | | | | | |
| | Layland & Associates 210 W. 22nd Street Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Leap Frog, LLC 5 Revere Drive Suite 200 Northbrook, IL 60062 | | | | | |
| | Leeps Supply Co., Inc. c/o Law Office of Jack H Rottner PO Box 10417 Chicago, IL 60610 | | | | | |
| | M. Cooper Supply Co. 8605 Spring Lake Drive Mokena, IL 60448 | | | | | |
| | Manufacturers Clearing House 4875 North Elston Ave Chicago, IL 60630-2598 | | | | | |
| | Menards c/o HSBC Business Solutions PO Box 4160 Carol Stream, IL 60197-4160 | | | | | |
| | Mr. & Mrs. Bill Garisons' c/o Kavanagh Grumley & Gorbold, LLC 111 N Ottawa Street Joliet, IL 60432 | | | | | |
| | NUFlow 7150 Carroll Road Suite 100 San Diego, CA 92121 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nex Pump, Inc. 572 Cambridge Ave Elburn, IL 60119 | | | | | |
| | Nicor Gas ALL MAIL GOES TO Bankruptcy Dept. PO Box 190 Aurora, IL 60507-0190 | | | | | |
| | Nicor Gas ALL MAIL GOES TO Bankruptcy Dept. PO Box 190 Aurora, IL 60507-0190 | | | | | |
| | Old Second National Bank 37 South River Street Aurora, IL 60506 | | | | | |
| | Olivet Nazarlene University One University Ave Bourbonnais, IL 60914-2345 | | | | | |
| | Outside Plant Damage Recovery PO Box 631939 Highlands Ranch, CO 80163 | | | | | |
| | Outside Plant Damage Recovery PO Box 631939 Highlands Ranch, CO 80163 | | | | | |
| | Paragon RMG c/o The Wilber Lane Law Firm PO Box 2155 Bloomington, IL 61702-2155 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pitney Bowes Meter c/o Richmond North Associates, Inc. PO Box 963 Amherst, NY 14226-0963 | | | | | |
| | Speedway PO Box 1590 Springfield, OH 45501 | | | | | |
| | The Home Depot/Citibank c/o Northland Group, Inc. PO Box 390905 Minneapolis, MN 55439 | | | | | |
| | Troy Fire Protection District PO Box 457 Wheeling, IL 60090 | | | | | |
| | Village of LaGrange Park Police Department 447 N Catherine La Grange Park, IL 60526 | | | | | |
| | Village of Romeoville 1050 West Romeo Road Romeoville, IL 60446 | | | | | |
| | Village of Romeoville 1050 West Romeo Road Romeoville, IL 60446 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walsh Media, Inc. 2100 Clearwater Dr., Ste 201 Oak Brook, IL 60523 | | | | | |
| | West Band Mutual Insurance Company 1900 S 18th Ave West Bend, WI 53095 | | | | | |
| | Your New Home Magazine c/o Account Receivable Collections PO Box 42220 Dept. B Cincinnati, OH 45242 | | | | | |
| 000002 | CONTRACTOR ACCESS M.C.H | | | | | |
| 000003 | VERIZON WIRELESS | | | | | |
| 000001 | YELLOW BOOK SALES & DISTRIBUTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-22070 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | NAPERVILLE COURTESEY PLUMBING SERVI | | | Date Filed (f) or Converted (c): | 05/25/11 (f) |
| | | | | 341(a) Meeting Date: | 07/06/11 |
| For Period Ending: | 04/01/14 | | | Claims Bar Date: | 02/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 29,000.00 | 29,000.00 | | 6,806.30 | FA |
| 12-19-11 Fraudulent Transfer of post-pet funds recovered | | | | | |
| 2. Security Deposits | 1,650.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. 2008 Dodge Pickup Chrysler Financial | 18,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. 2008 Dodge Pickup Chrysler Financial | 18,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 2008 Dodge Pickup Chrysler Financial | 18,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2006 Dodge Sprinter Chrysler Financial | 13,000.00 | 0.00 | | 8,000.00 | FA |
| Sold at Auction by American Auctioneers for $8,000.00. | | | | | |
| 8. 2005 GMC Boxtrock Chrysler Financial | 8,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. 2005 Holland Mini Esc | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12/19/2011 Amount recovered from demand on fraudulent psot-petition transfer. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.11 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $105,650.00 | $29,000.00 | | $14,806.41 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 17.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-22070   BWB   Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | NAPERVILLE COURTESEY PLUMBING SERVI | Date Filed (f) or Converted (c): 05/25/11 (f) |
| | | 341(a) Meeting Date: 07/06/11 |
| | | Claims Bar Date: 02/28/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed, distribution made, waiting for zero balance bank account to file TDR.

Initial Projected Date of Final Report (TFR): 12/01/12          Current Projected Date of Final Report (TFR): 03/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-22070 -BWB |
| Case Name: | NAPERVILLE COURTESEY PLUMBING SERVI |
| Taxpayer ID No: | *******2834 |
| For Period Ending: | 04/01/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3365 Money Market Account |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/11 | 1 | Ken Mounts<br>412 Falcon Ridge Way<br>Bolingbrook, IL 60440 | Payment on post petition transfer demand by my office.<br>DEPOSIT CHECK #999588 | 1129-000 | 6,806.30 | | 6,806.30 |
| 12/30/11 | 7 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | Proceeds from Sale of 2006 Dodge Sprinter Van sold by American Auction Associates, Inc.<br>DEPOSIT CHECK #4710 | 1129-000 | 8,000.00 | | 14,806.30 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 14,806.32 |
| 12/30/11 | | The Bank of New York Mellon | Service Fee | 2600-000 | | 25.00 | 14,781.32 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 14,781.41 |
| 01/27/12 | | Transfer to Acct #*******4034 | Bank Funds Transfer | 9999-000 | | 14,781.41 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 14,806.41 | 14,806.41 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,781.41 | |
| Subtotal | 14,806.41 | 25.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 14,806.41 | 25.00 | |

Page Subtotals 14,806.41 14,806.41

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-22070 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | NAPERVILLE COURTESEY PLUMBING SERVI | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4034  Checking Account |
| Taxpayer ID No: | *******2834 | | | |
| For Period Ending: | 04/01/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******3365 | Bank Funds Transfer | 9999-000 | 14,781.41 | | 14,781.41 |
| 12/31/12 | 001001 | Illinois Dept. of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Fein #36-4382834, Final State Tax | 2820-000 | | 82.00 | 14,699.41 |
| 02/07/13 | 001002 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM BOND#016026455 | 2300-000 | | 14.38 | 14,685.03 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 15.59 | 14,669.44 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4/13 | 2600-000 | | 15.08 | 14,654.36 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 15.56 | 14,638.80 |
| 07/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | 2600-000 | | 15.04 | 14,623.76 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 15.53 | 14,608.23 |
| * 09/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE REVERSAL | 2600-003 | 15.53 | | 14,623.76 |
| 10/08/13 | 001003 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 2,255.80 | 12,367.96 |
| | | | Fees         2,230.64 | 2100-000 | | | |
| | | | Expenses       25.16 | 2200-000 | | | |
| 10/08/13 | 001004 | POPOWCER KATTEN, LTD 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 920.00 | 11,447.96 |
| 10/08/13 | 001005 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL  60455 | Auctioneer for Trustee Fee | 3610-000 | | 161.05 | 11,286.91 |
| 10/08/13 | 001006 | Yellow Book Sales & Distribution | Claim 000001, Payment 18.64456% | 7100-000 | | 10,296.43 | 990.48 |

Page Subtotals      14,796.94      13,806.46

Ver: 17.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-22070 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | NAPERVILLE COURTESEY PLUMBING SERVI | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4034 Checking Account |
| Taxpayer ID No: | *******2834 | | |
| For Period Ending: | 04/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/08/13 | 001007 | c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094<br>Contractor Access M.C.H<br>4875 N Elston Ave<br>Chicago IL 60630 | Claim 000002, Payment 18.64462% | 7100-000 | | 507.32 | 483.16 |
| 10/08/13 | 001008 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Claim 000003, Payment 18.64442% | 7100-000 | | 467.63 | 15.53 |
| * 01/14/14 | | Reverses Adjustment IN on 09/14/13 | BANK SERVICE FEE REVERSAL | 2600-003 | -15.53 | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 14,781.41 | 14,781.41 | 0.00 |
| Less: Bank Transfers/CD's | 14,781.41 | 0.00 | |
| Subtotal | 0.00 | 14,781.41 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,781.41 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3365 | 14,806.41 | 25.00 | 0.00 |
| Checking Account - ********4034 | 0.00 | 14,781.41 | 0.00 |
| | 14,806.41 | 14,806.41 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  -15.53  974.95

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)